[No. 34167-7-I.   Division One.   February 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAS MEDRANO SERRANO, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 93-1-00428-1, Michael E. Rickert, J., entered January 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 35093-5-I.   Division One.   February 20, 1996.]

ANTHONY V. DICKINSON, M.D., ET AL., *Plaintiffs* v. LYNND STILES, *Appellant, and,* TITLE INSURANCE CO. OF MINNESOTA AKA OLD REPUBLIC TITLE CO., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-28978-4, Anne L. Ellington, J., entered July 15, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ. Now published at 81 Wn. App. 670.

[No. 35184-2-I.   Division One.   February 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ALLEN AASE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-00982-2, Marilyn R. Sellers, J., entered August 25, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35412-4-I.   Division One.   February 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN SCOTT BUSH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-01363-3, James A. Noe, J., entered September 20, 1994. *Dismissed* by unpublished per curiam opinion.